Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

FILED
MAY 02 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
District of Northern California

Case Number Pending
Certification of Completion

Crystal L. Cox, Plaintiff

v.

All Named Defendant(s)

CV 13 2046

DMR

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I have completed the CM / ECF Tutorial and am familiar with the Electronic Filing Procedures, Best Practices, and with the Civil and Criminal Events Menu and am able to file electronically.

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I am familiar with the CM / ECF system and capable of filing electronically.