Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

FILED

MAY 0 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
District of Northern California

Case Number Pending

Crystal L. Cox, Plaintiff
PO Box 2027
Port Townsend, WA 98368

CV 13 2046

v.

All Named Defendant(s)

DMR

I, Counter Plaintiff Crystal L. Cox Swear to the following upon my belief and knowledge.

I, Counter Plaintiff, Crystal L. Cox, have a $2.5 Million Dollar Judge against me, as Exhibits Show.

**I, Crystal L. Cox, have the Following Assets:**

Approx. 100 Domain Names, which cost $10 a Year to Renew, on going and are connected to my online business, in which is my Income Source.

One 1990 Ford Truck, Smashed in, Value Approx. $500.

Various Household Possessions such as clothes, 1 bed, book cases.

One 6 old desktop computer.

No Property, No Land, No Investments, No Life Insurance, No Retirement Account.

**My Marital Status: Single**

1

I, Pro Se Counter Plaintiff Crystal L. Cox, Swear to the following upon my belief and knowledge.

Gross Income: $2000 Monthly

Rent: $825.00

Electricity $450

Insurance $50

Phone: $250

Internet $100

Gas $200

Food $320

Payment on Debts $200 - as much as possible, a Month to private parties and other debt holders, only when I can.

(I owe a dental debt of approx. $1200, and owe approx $300,000 to Private Parties, as filed in Obsidian V. Cox) (Debt to Eliot Bernstein on those documents was satisfied, until recently, when Defendants took part of the Domain Names settled in lieu of Debt., therefore some of that debt still applies)

I also owe Approx. $5000 to the IRS.

I Crystal L. Cox, on this Day of April, 24th, 2013, swear / affirm under penalty and perjury that these facts are true to my best knowledge and believe.

My monthly expenses is way more than my income, I have occasional help from churches, friends and family.

2

## Relief Requested

### Order to Proceed as a Poor Person Granted

The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that Pro Se Counter Plaintiff is without sufficient funds or assets with which to pay the advance deposit for costs of this action and, therefore, is granted leave to proceed as a poor person and the required advanced deposit for costs is waived.

This court serves all named defendants as Plaintiff cannot afford service fees and cost.

**Poverty Affidavit / Declaration, Submitted by Counter Plaintiff Crystal L. Cox**

### Certificate of Service:

I hereby certify that I served the foregoing on April 24th 2013

Mailed to:

United States District Court
District of Northern California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

3

Exhibit L

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

OBSIDIAN FINANCE GROUP, LLC
and KEVIN D. PADRICK,

          Plaintiffs,

v.

CRYSTAL COX,

          Defendant.

No. 3:11-cv-57-HZ

JUDGMENT

This action came before the Court for a jury trial on November 29, 2011, with the Honorable Marco A. Hernandez, United States District Court Judge, presiding.

Based on the jury verdict returned on November 29, 2011,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of plaintiffs Obsidian Finance Group, LLC, and Kevin D. Padrick, and against defendant Crystal Cox, as follows:

///

1 - JUDGMENT

Case 3:11-cv-00057-HZ    Document 97    Filed 12/08/11    Page 2 of 2    Page ID#: 1030
Case4:13-cv-02046-DMR   Document5   Filed05/02/13   Page5 of 6

Exhibit L

1. Judgment is entered favor of plaintiff Obsidian Finance Group, LLC and against defendant Crystal Cox in the amount of $1,000,000, and

2. Judgment is entered in favor of plaintiff Kevin D. Padrick and against defendant Crystal Cox in the amount of $1,500,000.

Dated this ____8th____ day of ____December____, 2011.

/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge

2 - JUDGMENT

**Certificate of Service:**

I hereby certify that I served the foregoing on April 24th 2013

Mailed to:

United States District Court
District of Northern California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368