UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Crystal L. Cox

Plaintiff(s),

v.

Kashmir Hill, Forbes

Defendant(s).

No. C 13-02046- DMR

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 14th 2013

_____
Signature

Counsel for  pro se
(Plaintiff, Defendant or indicate "pro se")

FILED
2013 MAY 16 P 2:17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA